IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



IN THE MATTER OF THE SEARCH OF

1043 N. GETTYSBURG AVENUE
DAYTON, OH   45417

CASE NO.   3:18 MJ 157

**Filed Under Seal**

---

ORDER SEALING APPLICATIONS, SEARCH WARRANTS,
SUPPORTING AFFIDAVITS AND RETURNS

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Applications, Supporting Affidavits, Search Warrants and Returns for captioned case be sealed and kept from public inspection.

_4/4/18_
DATE

MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE